In the Matter of RICHARD L. FUCHS, Appellant, v SANDRA A. FORSTER, Respondent. [919 NYS2d 354]—

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner has failed to demonstrate a clear legal right to the relief sought (*see Matter of Brine v Dubinsky*, 115 Misc 2d 572, 574 [1982]).

The petitioner's remaining contentions are without merit.

Accordingly, the Supreme Court properly denied the petition and dismissed the proceeding. Covello, J.P., Lott, Roman and Miller, JJ., concur.